

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00402-CV

| | | |
|---|---|---|
| Roderick Lydell Bonner | § | From the 342nd District Court |
| | § | of Tarrant County (342-237971-09) |
| v. | | |
| | § | April 5, 2018 |
| Tarrant County, Texas | § | Opinion by Justice Pittman |

## JUDGMENT ON REHEARING

After considering the Appellee Tarrant County, Texas's motion for rehearing and Appellant Roderick Lydell Bonner's response, we deny the motion. We withdraw our January 18, 2018 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Tarrant County, Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman